# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOD STACK LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00397-JRG |
| § | |
| RIBBON COMMUNICATIONS § | |
| OPERATING COMPANY, INC., § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is Plaintiff Mod Stack LLC's ("Plaintiff") Notice of Voluntary Dismissal Without Prejudice (the "Notice"). (Dkt. No. 6). In the same, Plaintiff dismisses its claims against Defendant Ribbon Communications Operating Company, Inc. ("Defendant") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Having considered the Notice, the Court is of the opinion that the same should be and hereby is **APPROVED**.

Accordingly, the Court **RECOGNIZES** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 12th day of January, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE